10540

PANAMA REAL ESTATE CO. v. DIME SAVINGS BANK *ET AL.*

(105 S. E. 444.)

1. APPEAL AND ERROR—REFUSAL TO CHANGE PLACE OF TRIAL NOT DIS-
TURBED IF SUSTAINED ON ANY GROUND.—On motion to change the
place of trial on the two grounds that county in which the action was
brought was not the proper county, and that the convenience of the
witnesses and the ends of justice would be promoted by the change,
the Court's refusal of motion will be sustained on appeal, if it can be
sustained on either ground.

2. VENUE—REFUSAL OF CHANGE FOR CONVENIENCE OF WITNESSES DIS-
CRETIONARY WITH COURT.—Where change of venue would not pro-
mote the convenience of witnesses and the ends of justice, a denial
of motion to change the place of trial on the grounds that the county
in which the action was commenced was not the proper county, and
that the convenience of the witnesses and the ends of justice would
be promoted by the change, was within the Court's discretion.

Before PRINCE, J., Lexington, March, 1920.    Affirmed.

Action by Panama Real Estate Co. against Dime Savings
Bank and Citizens Bank of Charleston *et al.*    From order
refusing a motion for change of venue, the defendants
named appeal.

*Messrs. Smythe & Visanska* and *Hagood, Rivers &
Young,* for appellants, cite: *Domestic corporations must be
sued in county of their legal residence:* 79 S. C. 555; 74 S.
C. 438.    *Defendant entitled to trial in county of residence
unless case is within exceptions of sec. 176, Code Proc.
1912:* 110 S. C. 334; 22 S. C. 276; 25 S. C. 385; 11 S. C.
122.    *Sub. C of sec. 172, Code Proc., is the only part of
that section applicable and mortgage is not real property or
an estate or interest therein:* 26 S. C. 401; 32 S. C. 134; 32
S. C. 215; 32 S. C. 599; 27 S. C. 309; 30 S. C. 409; 38 S. C.
138; 110 S. C. 99; 2 L. R. A. 328; 43 S. E. (W. Va.) 102;
Story Eq. Jur., secs. 506, 1215; 56 Miss. 394; 11 Ves. 617;
12 N. Y. 519.

*Messrs. DePass & DePass,* for respondent, cite: *Case falls under subd. 1 of sec. 172, Code Proc. 1912:* 107 S. C. 426; 103 S. C. 263. *Change on the ground of convenience of witnesses is discretionary:* 6 S. C. 314; 13 S. C. 441; 55 S. C. 389; 54 S. C. 370; 110 S. C. 463.

December 20, 1920.

The opinion of the Court was delivered by MR. JUSTICE FRASER.

This is an appeal from an order of Judge Prince, refusing to change the place of trial from Lexington county to Charleston county. The motion was based upon two grounds:

(1) Because Lexington county was not the proper county.

(2) Because the convenience of witnesses and the ends of justice would be promoted by the change.

The motion was refused, but the grounds upon which the refusal was based were not stated. If the refusal can be sustained on either ground, it must be sustained. The refusal on the second ground was clearly within his Honor's discretion, and we do not see that he has abused his discretion.

The first ground need not be considered. See *Moore v. Arthur,* 113 S. C. 112, 101 S. E. 640.

The order appealed from is affirmed.

MESSRS. JUSTICES HYDRICK and WATTS concur.

MR. CHIEF JUSTICE GARY and MR. JUSTICE GAGE absent on account of sickness.